

**FILED**

DEC 05 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:          CASE NO. 2:14 - SW - 6 7 8   **CKD**

12  THE CELLULAR TELEPHONE ASSIGNED          SEALING ORDER
    CALL NUMBER (661) 817-6083, WITH
13  ELECTRONIC SERIAL NUMBER:                **UNDER SEAL**
    268435462503363159
14

15

16                  **S E A L I N G   O R D E R**

17      Upon Application of the United States of America and good cause having been shown,

18      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19  SEALED until further order of this Court.

20

21  Dated: _____December 5, 2014_____

22                                          Hon. Carolyn K. Delaney
                                            U.S. MAGISTRATE JUDGE
23

24

25

26

27

28