UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIM ROGERS,<br><br>Defendant. | No. 2:15-cr-00016-MCE<br><br>**NON-RELATED CASE ORDER** |
| KIM EDWARD ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>M. RICHARD, CHP Captain Commander, et al.,<br><br>Defendants. | No. 2:17-cv-00149-JAM-GGH PS |
| KIM EDWARD ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:17-cv-01643-KJM-DB PS |

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 1,500 OPTICAL DISCS, etc.,<br><br>　　　　Defendant. | No. 2:14-sw-00685-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEN USB FLASH DRIVES, etc.,<br><br>　　　　Defendant. | No. 2:14-sw-00686-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EIGHTEEN 8MM VIDEOTAPES, etc.,<br><br>　　　　Defendant. | No. 2:14-sw-00687-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE USB FLASH DRIVE, CRUZER GLIDE, etc.,<br><br>　　　　Defendant. | No. 2:14-sw-00688-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM EDWARD ROGERS,<br><br>　　　　Defendant. | No. 2:15-mj-00001-DAD-1 |

The Court has received the Notice of Related Cases filed on January 26, 2018. See E.D. Cal. Local Rule 123. The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: January 31, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE